# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ROGER D. MOSBY                                                                                          PLAINTIFF
ADC #63018

V.                                         NO: 5:10CV00345 SWW/HDY

MARVIN EVANS, JR. *et al.*                                                                       DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 12th day of January, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE